UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZODIAC MARITIME LIMITED and TOCIR SHIPPING LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> GLENCORE SINGAPORE PTE. LTD., <br><br> Defendant. | ) ) ) ) ) ) ) **Civil Action No.: 1:24-cv-351** ) ) **NOTICE OF APPEARANCE** ) ) ) ) ) |

PLEASE TAKE NOTICE that the undersigned attorney, being admitted to practice in this Court, hereby appears in the above-captioned action as counsel for Defendant Glencore Singapore Pte Ltd.

Dated:   New York, New York
         March 1, 2024

Respectfully submitted,

HERBERT SMITH FREEHILLS
NEW YORK LLP

By: /s/ *Peter J. Behmke*
    Peter J. Behmke
450 Lexington Avenue
New York, New York 10017
Tel:  (917) 542-7600
Fax:  (917) 542-7601
Email: Peter.Behmke@hsf.com

*Attorney for Defendant*
*Glencore Singapore Pte Ltd.*

1