**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZODIAC MARITIME LIMITED and TOCIR SHIPPING LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>GLENCORE SINGAPORE PTE. LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:24-cv-351<br>)<br>)  **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the undersigned attorney, being admitted to practice in this Court, hereby appears in the above-captioned action as counsel for Defendant Glencore Singapore Pte Ltd.

Dated:   New York, New York
         March 1, 2024

Respectfully submitted,

HERBERT SMITH FREEHILLS
NEW YORK LLP

By: /s/ *Michael P. Jones*
    Michael P. Jones
450 Lexington Avenue
New York, New York 10017
Tel:  (917) 542-7600
Fax:  (917) 542-7601
Email:  Michael.Jones@hsf.com

*Attorney for Defendant*
*Glencore Singapore Pte Ltd.*