


**HERBERT SMITH FREEHILLS**

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7611
E  peter.behmke@hsf.com
www.herbertsmithfreehills.com

By ECF

Date
March 15 2024

Re:   Zodiac Maritime Limited v. Glencore Singapore Pte Ltd.,
       S.D.N.Y. Case No. 1:24-cv-351 (DEH)

Dear Judge Ho,

This firm represents Glencore Singapore Pte Ltd. ("GSPL") in the above-referenced action.  We write pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the initial pretrial conference scheduled for March 26, 2024.

The adjournment is necessary because the attorneys for GSPL are scheduled to be in trial on another matter between March 18, 2024, and March 26, 2024.  This is the first request for an adjournment of the conference.

Consistent with Section 2(e)(v) of Your Honor's Individual Rules, the parties have conferred on alternative dates for the conference and are available on March 27, March 28, April 2, or April 9.

Respectfully submitted,

/s/ Peter J. Behmke

Peter J. Behmke

cc: All Counsel of Record (via ECF)

Application GRANTED.
The initial pretrial conference scheduled for March 26, 2024 is ADJOURNED to **April 2, 2024 at 3:00p p.m. ET**.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 244 326 110, followed by the pound (#) sign. The joint letter and proposed case management conference plan, ECF No. 7, is due **March 26, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 20.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 15, 2024
New York, New York

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.