UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZODIAC MARITIME LIMITED, et al.,<br><br>                    Plaintiffs,<br><br>            v.<br><br>GLENCORE SINGAPORE PTE. LTD.,<br><br>                    Defendant. | 24 Civ. 351 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On March 26, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 2, 2024**, at **3:00 p.m. EST**. No significant issues were presented in the parties' materials.

On March 25, 2025, Glencore filed a motion to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6).  *See* ECF No. 23.  Plaintiffs shall file their opposition, if any, to that motion on or before **May 9, 2024**, and that Glencore shall file its reply, if any, by **May 30, 2024**.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 28, 2024
       New York, New York

_____
DALE E. HO
United States District Judge